# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ERIC AYON-CISNEROS,<br><br>                    Defendant. | CASE NO. 14-cr-00891-LAB-GT<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

  x   an indictment has been filed in case 14cr1398-LAB against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

  X   of the offense(s) as charged in the Indictment/Information:

    8:1326 - Deported Alien Found In the United States (Felony)

_____

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/29/14

_____
Barbara L. Major
U.S. Magistrate Judge